IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01064-EWN-MEH

JEREMY MANNING,

    Plaintiff,

v.

COLLECTCORP CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 17, 2007.**

    The parties' Stipulated Motion for Entry of Protective Order [filed August 14, 2007; doc #6] is **granted**.  The Stipulated Protective Order will be filed contemporaneously with this Order.