# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01064-EWN-MEH

JEREMY MANNING,

    Plaintiff,

v.

COLLECTCORP CORPORATION, a Delaware corporation,

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Jeremy Manning, by and through his attorney, David M. Larson, and the Defendant, CollectCorp Corporation, by and through its attorney, Adam L. Plotkin, and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by August 30, 2007.

Dated: August 24, 2007.

Respectfully Submitted,

| s/ David M. Larson | s/ Adam L. Plotkin |
|---|---|
| David M. Larson, Esq. | Adam L. Plotkin, Esq. |
| 405 S. Cascade Avenue Suite 305 | Adam L. Plotkin, PC |
| Colorado Springs, CO 80903 | 621 17th Street Suite 2400 |
| (719) 473-0006 | Denver, CO 80293 |
| Attorney for the Plaintiff | (303) 296-3566 |
| | Attorneys for the Defendant |